DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

MELISSA JEANNETTE DEVLIN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2023-0921

————————————————

May 1, 2024

Appeal from the Circuit Court for Hillsborough County; Nick Nazaretian, Judge.

Howard L. Dimmig, II, Public Defender, and William L. Sharwell, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.


PER CURIAM.

    Affirmed.


SILBERMAN, VILLANTI, and LUCAS, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.